

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00512-CV

HEAT SHRINK INNOVATIONS, LLC; KEVIN WOLFE; AND DEBORAH WOLFE
APPELLANTS

V.

MEDICAL EXTRUSION TECHNOLOGIES-TEXAS, INC., A TEXAS CORPORATION
APPELLEE

----------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-50408-367

----------

## CONCURRING AND DISSENTING MEMORANDUM OPINION

----------

I respectfully disagree with the majority's disposition of the appellants' fifth issue. I would uphold the permanent injunction, and I dissent to that portion of the majority's opinion and judgment that dissolves the injunction. I concur with the remainder of the outcome in this case.

/s/ Bill Meier
BILL MEIER
JUSTICE

DELIVERED: October 16, 2014